UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO ESCOBAR-BALDERAS,<br><br>Defendant. | 5:24-CR-50057-KES<br><br><br>ORDER REJECTING<br>REPORT & RECOMMENDATION |

On May 5, 2026, defendant, Gerardo Escobar-Balderas, appeared before Magistrate Judge Mark Haigh for a change of plea hearing. Docket 329. Magistrate Judge Haigh issued a report and recommended that this court adopt Escobar-Balderas's plea of guilty to both counts in the Superseding Indictment. Docket 332; Docket 190. The Superseding Indictment charges Escobar-Balderas with one count of Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and 846, and one count of Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(a)(1)(B)(i) and 1956(h).

During Escobar-Balderas's change of plea hearing, Magistrate Judge Haigh read the elements of both offenses to Escobar-Balderas before asking him to state his plea. *See* FTR Recording, Rapid City Courtroom 2 on May 6, 2026 at 3:33:10 PM. For the charge under 21 U.S.C. § 841(a)(1) and 846, Magistrate Judge Haigh listed the essential elements as follows:

> (1) Beginning at an unknown date and continuing until the date of the indictment, you and one or more persons reached an agreement or came to an understanding to distribute *500 grams or more of cocaine,* a schedule II controlled substance; (2) *the conspiracy was responsible* for distributing 500 grams or more of a mixture or substance containing a detectable amount of cocaine; (3) you voluntarily and intentionally joined in the agreement or understanding either at the time it was first reached or at some time later which [sic] it was still in effect; and (4) at the time you joined the agreement or understanding, you knew the purpose of the agreement or understanding.

*Id.* (emphasis added).

Magistrate Judge Haigh misstated the elements of the offense as charged in the Superseding Indictment. First, the Superseding Indictment charges Escobar-Balderas with conspiring to distribute 500 grams or more of *a mixture and substance* containing cocaine. Docket 190. Magistrate Judge Haigh said "500 grams of cocaine" when reading the offense's first element. Second, "the conspiracy was responsible for distributing 500 grams or more of a mixture or substance containing a detectable amount of cocaine," but that is not an element of conspiracy to distribute a controlled substance. "In a conspiracy prosecution it is not necessary to prove that the object of the conspiracy was accomplished." *Quirk v. United States*, 161 F.2d 138, 141 (8th Cir. 1947). Additionally, if Magistrate Judge Haigh had properly identified the elements, the Factual Basis Statement was not sufficient to support a plea of guilty because Escobar-Balderas admitted to 500 grams of a mixture or substance containing cocaine instead of 500 grams of pure cocaine.

For Escobar-Balderas's case, the correct elements of Conspiracy to Distribute a Controlled Substance are: (1) Beginning on an unknown date and continuing to on or about April 25, 2024, in the District of South Dakota and elsewhere, two or more persons reached an agreement or came to an understanding to distribute a mixture or substance containing cocaine; (2) Escobar-Balderas voluntarily and intentionally joined in the agreement or understanding, either at the time it was first reached or at some later time while it was still in effect; (3) that at the time Escobar-Balderas joined in the agreement or understanding, he knew the purpose of the agreement or understanding; and (4) that the agreement or understanding involved 500 grams or more of a mixture or substance containing cocaine. *See* Eighth Circuit Pattern Jury Instruction 6.21.846A (Conspiracy); *see also* Docket 190.

Thus, it is ORDERED that the report and recommendation (Docket 332) is rejected. It is FURTHER ORDERED that Magistrate Judge Haigh re-conduct this change of plea hearing and recite the correct elements of Conspiracy to Distribute a Controlled Substance as charged in the Superseding Indictment.

Dated May 11, 2026.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

3